AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DAVID LAWRENCE WEIRICH,

                      Plaintiff,

                         v.

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

                     Defendants

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5031-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant Board of Governors of the Federal Reserve System's Motionh to Dismiss for Lack of Subject Matter Jurisdiction is Granted; Plaintiff's Complaint is Dismissed without prejudice.  Judgment is entered in favor of Board of Governors of the Federal Reserve System.

November 15, 2010                                  JAMES R. LARSEN
*Date*                                                                  *Clerk*
                                                                         s/ Linda Emerson
                                                                         *(By) Deputy Clerk*
                                                                         Linda Emerson